DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814                    **OK/HAV**
Telephone: (916) 498-5700

Attorney for Defendant
DOUGLAS ELDON GROGG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-06-0008 DFL |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| DOUGLAS ELDON GROGG, | Date: May 25, 2006<br>Time: 10:00 a.m. |
| Defendant. | Judge: David F. Levi |

The United States of America through CHRISTINE WATSON, Assistant United States Attorney, together with the defendant DOUGLAS ELDON GROSS, agree to continue the status conference currently scheduled for April 20, 2006 until May 25, 2006 at 10:00 a.m. to give counsel for the defendant additional time to review additional discovery provided on April 10, 2006 and April 18, 2006, and go over the additional discovery with his client. The parties agree that the Court should exclude time from
April 20, 2006 until May 25, 2006 under the Speedy Trial Act and Local Code T4 to give defense counsel reasonable time to prepare.

Dated: April 19, 2006

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Acting Federal Defender

                                        /s/ Matthew C. Bockmon
                                        _____
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender

                                        Attorney for Defendant
                                        DOUGLAS ELDON GROGG

Dated: April 19, 2006                   MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Matthew C. Bockmon for
                                        _____
                                        CHRISTINE WATSON
                                        Assistant U.S. Attorney
                                        per telephonic authority

## O R D E R

FOR GOOD CAUSING SHOWING, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. Time is excluded under Title 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4.

IT IS SO ORDERED that the status conference hearing date of April 20, 2006 vacated and set for status conference on May 25, 2006 at 10:00 a.m.

Dated: _4/21/2006_____

                                        /s/ David F. Levi
_____
                                        DAVID F. LEVI
                                        United States District Judge