```
 1 | DANIEL J. BRODERICK, Bar #89424
   | Federal Defender
 2 | MATTHEW C. BOCKMON, Bar #161566
   | Assistant Federal Defender
 3 | Designated Counsel For Service
   | 801 I Street, 3rd Floor
 4 | Sacramento, California 95814
   | Telephone: (916) 498-5700                    OK/HAV
 5 |
   | Attorney for Defendant
 6 | DOUGLAS ELDON GROGG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-06-0008 DFL |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | |
| DOUGLAS ELDON GROGG, | ) | Date: August 10, 2006 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: David F. Levi |

IT IS HEREBY STIPULATED between the parties, John Vincent, Assistant United States Attorney, attorney for plaintiff, and Matthew C. Bockmon, attorney for defendant DOUGLAS ELDON GROSS, that the current Status Conference date of June 15, 2006 be vacated, and that a new Status Conference date of August 10, 2006, at 10:00 a.m. be set. This continuance is necessary due to on-going defense investigation and plea negotiations.

IT IS FURTHER STIPULATED that the period from June 15, 2006 through and including August 10, 2006, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

//

counsel and to give defense counsel reasonable time to prepare.

Dated: June 13, 2006

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Matthew C. Bockmon
                                            _____
                                            MATTHEW C. BOCKMON
                                            Assistant Federal Defender

                                            Attorney for Defendant
                                            DOUGLAS ELDON GROGG

Dated: June 13, 2006                  MCGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ Matthew C. Bockmon for
                                            _____
                                            JOHN VINCENT
                                            Assistant U.S. Attorney
                                            per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: 6/15/2006

                                            _____
                                            DAVID F. LEVI
                                            United States District Judge