```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700                        OK/HAV
 5
    Attorney for Defendant
 6  DOUGLAS ELDON GROGG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-0008 DFL |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| DOUGLAS ELDON GROGG, ) | Date:  August 24, 2006 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: David F. Levi |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED between the parties, John Vincent, Assistant United States Attorney, attorney for plaintiff, and Matthew C. Bockmon, attorney for defendant DOUGLAS ELDON GROGG, that the current Status Conference date of August 10, 2006 be vacated, and that a new Status Conference date of August 24, 2006, at 10:00 a.m. be set. This continuance is necessary due to on-going defense investigation and plea negotiations.

   IT IS FURTHER STIPULATED that the period from August 10, 2006 through and including August 24, 2006, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

//

1  counsel and to give defense counsel reasonable time to prepare.

2  Dated: August 4, 2006

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender

5                                          /s/ Matthew C. Bockmon
6                                          _____
                                           MATTHEW C. BOCKMON
7                                          Assistant Federal Defender

8                                          Attorney for Defendant
                                           DOUGLAS ELDON GROGG
9

10
    Dated: August 4, 2006                  MCGREGOR W. SCOTT
11                                         United States Attorney

12                                         /s/ Matthew C. Bockmon for
13                                         _____
                                           JOHN VINCENT
                                           Assistant U.S. Attorney
14                                         per telephonic authority

15
                                **O R D E R**
16

17  IT IS SO ORDERED.

18
    Dated: 8/4/2006
19

20

21                                  _____
22                                  DAVID F. LEVI
                                    United States District Judge

23

24

25

26

27

28

Stipulation and Order                  2