|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
                            )   2:06-cr-008-DFL
            Plaintiff,      )
                            )
     v.                     )   TRIAL CONFIRMATION ORDER
                            )
DOUGLAS E. GROGG,           )
                            )
            Defendant.      )
_____)

On April 20, 2007, trial in the above-captioned case was rescheduled to commence at 9:00 a.m. on May 1, 2007 in Courtroom 9 on the thirteenth floor of the federal courthouse in Sacramento, California. Further, Defendant's dismissal motions filed April 2 and April 3, 2007 were denied.

TRIAL PREPARATION

A.  No later than April 25, 2007, the following documents should be filed:[1]

    (1)  proposed jury instructions;

    (2)  proposed voir dire questions to be asked by the

---

[1] The referenced filings are optional for Defendant.

1

     Court; and

    (3) trial briefs.[2]

   If possible, at the time of filing the proposed jury instructions and proposed voir dire questions, a party shall also deliver to the court a floppy disk compatible with WordPerfect 5.1, 6.1, 8.0, 9.0 or 10 containing a copy of the sanitized jury instructions and the proposed voir dire questions.

   B. The parties agreed at the trial confirmation hearing that the judge should tell the potential jurors the following to apprise them of the nature of this criminal action and to determine whether they have a problem serving as a juror on this case:

> The government alleges in the indictment that Defendant submitted false travel and expense vouchers and wrongfully obtained money as a result thereof.  Defendant denies those allegations.  Is there anything about the nature of the allegations that causes any potential juror to prefer not being a juror in this case?

   C. The government's exhibits shall be numbered and eventually marked with stickers provided by the court.  Should the defendant elect to introduce exhibits at trial, such exhibits shall be designated by alphabetical letter with stickers provided by the court. The parties may obtain exhibit stickers by contacting the clerk's office at (916) 930-4000.

---

[2] To ensure that the trial proceeds at a reasonable pace, the government is required to include in its trial brief a summary of points of law, including reasonably anticipated disputes concerning admissibility of evidence, legal arguments, and citations of authority in support thereof. L.R. 16-285(a)(3).

2

1        D.    The parties estimate the trial will take four days.
2   Voir dire will be conducted by the judge.  One alternate juror will be
3   empaneled.  The Jury Administrator randomly selects potential jurors
4   and places their names on a list that will be provided to each party
5   in the numerical sequence in which they were randomly selected.  Each
6   juror will be placed in his or her randomly-selected seat.  The first
7   12 jurors on the list will constitute the jury unless one or more of
8   those 12 is excused for some reason.  Assuming that the first listed
9   juror is excused, the thirteenth listed juror becomes one of the
10  twelve jurors.
11       IT IS SO ORDERED.
12  Dated:  April 20, 2007
13
14  _____
    GARLAND E. BURRELL, JR.
15  United States District Judge