1
2
3
4
5
6
7
8
9
10                    IN THE UNITED STATES DISTRICT COURT
11                   FOR THE EASTERN DISTRICT OF CALIFORNIA
12
UNITED STATES OF AMERICA,
13
            Plaintiff,                REASSIGNMENT ORDER
14
      v.                              Cr. No. 06-0008-DFL
15
DAVID E. GROGG,
16
            Defendant.
17  _____/
18
19     Good cause appearing, and according to Local Rule,
20  Appendix A(f)(1), this case has been reassigned to Judge James
21  K. Singleton for all further proceedings.
22     Henceforth, the parties shall please take note that all
23  documents in this reassigned case hereafter filed with the
24  Clerk of the Court shall bear case number Cr. S-06-0008-JKS.
25
26

1
2     IT IS ALSO ORDERED that the Clerk of the Court make
3  appropriate adjustment in the assignment of criminal cases to
4  compensate for this reassignment.
5     IT IS SO ORDERED.
6
7  DATED: April 24, 2007
                            /s/ David F. Levi
8                           DAVID F. LEVI,
                            Chief U.S. District Judge
9
10
11     Having reviewed the file, I accept assignment of this
12   case for all further proceedings.
13
   DATED: May 4, 2007
14                             /s/James K. Singleton
                            JAMES K. SINGLETON
15                          United States District Judge
16
17
18
19
20
21
22
23
24
25
26

2