```
Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
DOUGLAS E. GROGG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DOUGLAS E. GROGG,<br><br>        Defendant. | CASE NO.  2:06-CR-00008-JAM<br><br>**STIPULATION AND ORDER CONTINUING SUPERVISED RELEASE VIOLATION HEARING**<br><br>DATE:  February 9, 2010<br>TIME:  9:30 a.m.<br>COURT: Hon. John A. Mendez |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the supervised release violation hearing scheduled for February 9, 2010, may be continued to March 2, 2010, at 9:30 a.m.

There are additional documents that the defendant needs to provide his Probation Officer for the matter to be properly resolved. The probation officer does not oppose this continuance.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

/ /

/ /

/ /

1

```
DATED: February 5, 2010            BENJAMIN WAGNER
                                   United States Attorney


                            by     /s/ Scott Cameron, for
                                   John Kevin Vincent
                                   Assistant U.S. Attorney

DATED: February 5, 2010

                            by     /s/ Scott N. Cameron
                                   Scott N. Cameron
                                   Counsel for Douglas E. Grogg
```

### Order

Good cause appearing,

The supervised release hearing scheduled for February 9, 2010, is continued to March 2, 2010, at 9:30 a.m.

IT IS SO ORDERED.

```
DATED: February 5, 2010            /s/ John A. Mendez
                                   John A. Mendez, Judge
                                   United States District Court
```

2