UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable John A. Mendez
United States District Judge
Sacramento, California

                              RE:    Douglas E. GROGG
                              Docket Number:   2:06CR00008-01
                              **REQUEST TO DISMISS SUPERSEDING**
                              **PETITION**

Your Honor:

A superseding petition dated April 13, 2010, was submitted to Court alleging a single charge that the offender failed to provide the probation officer with access to requested financial information. Through his attorney, the offender has provided the requested information regarding a pending civil settlement. On June 25, 2010, this officer was able to confirm with the United States Merit Systems Protection Board that the offender's appeal in Case No. SF-0752-0329-I-2 was dismissed on or about February 17, 2010. Therefore, the offender will not receive any settlement or back pay to apply towards his restitution.

In lieu of the above, and after speaking with Assistant United States Attorney John Vincent, it is recommended that the underlying superseding petition be dismissed and the status conference on said petition scheduled for July 27, 2010, be vacated.

                                    Respectfully submitted,

                                         **/s/Scott Storey**
                                      **SCOTT STOREY**
                            **United States Probation Officer**

Dated:  July 22, 2010
                Sacramento, California
                SWS/cp

RE:     Douglas E. GROGG
        Docket Number:   2:06CR00008-01
        <u>REQUEST TO DISMISS SUPERSEDING PETITION</u>

**REVIEWED BY:**     /s/Cynthia J. Mazzei for
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

(X)     The dismissal of Superseding Petition For Warrant Or Summons for Offender Under Supervision dated April 13, 2010.

( )     Other: To keep matter on calendar on July 27, 2010, for a supervised releasee violation hearing.

DATED: July 23, 2010

                                            /s/ John A. Mendez
                                            U. S. DISTRICT COURT JUDGE

cc:     John Vincent
        Assistant United States Attorney

        Scott Cameron
        Defense Counsel